**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-6113**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ARTHUR EDWARD WILLIAMSON, JR.,

                    Defendant - Appellant.

---

**No. 08-6291**

---

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ARTHUR EDWARD WILLIAMSON, JR.,

                    Defendant - Appellant.

---

Appeals from the United States District Court for the District of South Carolina, at Columbia. Henry M. Herlong, Jr., District Judge. (3:06-cv-02363-HMH; CR-76-19)

---

Submitted: May 22, 2008          Decided: May 29, 2008

---

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

---

Arthur Edward Williamson, Jr., Appellant Pro Se. Alan Lance Crick, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cases, Arthur Edward Williamson, Jr., appeals the district court's orders denying his Federal Rules of Civil Procedure 60(b) motion and his motion requesting court records furnished without costs for appellate review. We dismiss the appeal of his Rule 60(b) motion for lack of jurisdiction because his notice of appeal was not timely filed. With respect to Williamson's appeal of his motion requesting court records, we have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. United States v. Williamson, Nos. 3:06-cv-02363-HMH; CR-76-19 (D.S.C. Aug. 8, 2007; Feb. 5, 2008). Williamson's motion for certificate of appealability is denied as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -